UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ANTHONY ADKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-156-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KROGER LIMITED PARTNERSHIP I, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and the Memorandum Opinions and Orders entered June 11, 2018 [Record No. 28] and December 17, 2018 [Record No. 44], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Kroger Limited Partnership I with respect to all claims asserted in this civil action by Plaintiff Anthony Adkins.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 28, 2018.



Signed By:
*Danny C. Reeves*
United States District Judge